No. 98–8726. PEACE *v.* EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 22, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–1362. IN RE RICHARDSON;
No. 98–8782. IN RE MCNEIL;
No. 98–8926. IN RE SIGGERS; and
No. 98–9288. IN RE HARRISON-BEY. Petitions for writs of habeas corpus denied.

No. 98–8736. IN RE WILLIAMS LEWIS; and
No. 98–8880. IN RE BURNETT. Petitions for writs of mandamus denied.

No. 97–1991. WAL-MART STORES, INC. *v.* GRIFFITH. C. A. 6th Cir. Certiorari denied.

No. 98–249. MAYHEW ET AL. *v.* TOWN OF SUNNYVALE. Sup. Ct. Tex. Certiorari denied.

No. 98–859. BOEING CO. *v.* ALDRICH. C. A. 10th Cir. Certiorari denied.

No. 98–1048. MEESTER *v.* HENDERSON, POSTMASTER GENERAL. C. A. 8th Cir. Certiorari denied.

No. 98–1097. U-HAUL CO. OF CLEVELAND *v.* KUNKLE. C. A. 6th Cir. Certiorari denied.

No. 98–1203. GILPIN *v.* WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 98–1206. MABEY, CHAPTER 11 TRUSTEE FOR CAJUN ELECTRIC POWER COOPERATIVE, INC., ET AL. *v.* SOUTHWESTERN ELECTRIC POWER CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1280. WEBB *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.